# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

James Edward Beal
LA. Appellate Project
P. O. Box 307
Jonesboro LA 71251-0307

Leonard Lewis -- DOC No. 553333
Louisiana State Penitentiary
Camp C/Tiger 4R7
Angola LA 70712

## REHEARING ACTION: May 19, 2010

**Docket Number: 09   00846-KA**

**STATE OF LOUISIANA
VERSUS
LEONARD LEWIS**

**Appealed from Vernon Parish Case No. 67408**

**BEFORE JUDGES:**

**Hon. John D. Saunders
Hon. Marc T. Amy
Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Leonard Lewis** has this day been

**DENIED.**

cc: Hon. William E. Tilley, Counsel for the Appellee
    Terry Wayne Lambright, Counsel for the Appellee